# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.    COREY ALMEIDA            [1]        08MJ1797
                          []                        []

The Honorable:    RUBEN B. BROOKS

Atty    JAMI FERRARA S/A FOR MARK ADAMS    for    [1]    -    CJA

Atty    _____    for    []    -

Atty    _____    for    []    -

AUSA: MICHAEL WHEAT
TAPE NO. RBB08-1:949-952

DEFT WAIVES ID/REMOVAL HEARING. WAIVER OF ID/REMOVAL FILED.
WARRANT OF REMOVAL SUBMITTED. DEFT ORDERED REMOVED
FORTHWITH TO DISTRICT OF MASSACHUSETTS

Date:    06/24/08

END OF FORM                                    by    VTL